# United States Court of Appeals for the Fifth Circuit

---

No. 22-50995
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

August 21, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Christopher Najera,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CR-43-1

---

Before Davis, Haynes, and Ho, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Christopher Najera has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Najera has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Najera's claims of

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-50995

ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Najera's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.